IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWAYNE RAINEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 02-1306 |
| | ) Judge McVerry |
| HOUSING AUTHORITY OF THE | ) Magistrate Judge Caiazza |
| CITY OF PITTSBURGH, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

    IT IS HEREBY ORDERED that a telephone status conference is now scheduled for **September 14, 2005 at 10:00 a.m.**  The Plaintiff shall initiate the telephone conference.


August 23, 2005         s/Francis X. Caiazza
                                          Francis X. Caiazza
                                          U.S. Magistrate Judge


cc:
Erik M. Yurkovich
207 Pine Creek Road
Suite 201
Wexford, PA 15090

Clare Ann Fitzgerald, Esq.
Housing Authority of the City
of Pittsburgh
200 Ross Street
7th Floor
Pittsburgh, PA 15219

Sidney Zonn, Esq.
Mark T. Phillis, Esq.
Littler Mendelson
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15222